CARDWELL v. SMITH

No. 65P89.

Case below: 92 N.C. App. 505.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

CHANDLER v. MAYNOR

No. 67P89.

Case below: 92 N.C. App. 595.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

FRIEDMAN v. CLARKE

No. 47P89.

Case below: 92 N.C. App. 382.

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 5 April 1989. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

GOSS v. HUDSON

No. 34P89.

Case below: 92 N.C. App. 382.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

HATCHER v. HATCHER

No. 32P89.

Case below: 92 N.C. App. 595.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 dismissed 5 April 1989.